# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOSEPH SIGNORE,

    Petitioner,

v.                                          Case No.  5:23-cv-384-KKM-PRL

WARDEN, FCC COLEMAN COMPLEX,

    Respondent.

_____

## ORDER

Joseph Signore initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) He failed to pay the filing fee or move for leave to proceed in forma pauperis. (*Id.*) The Court's Standing Order, issued June 20, 2023, advised Signore that he must pay the filing fee or move to proceed in forma pauperis within 30 days. (Doc. 2.) The Standing Order cautioned Signore that his "failure to comply with the rules or any Court order could result in sanctions, including dismissal of your case." (*Id.* at 1.) To date, Signore has failed to comply with the Court's Standing Order.

Accordingly, the Court **ORDERS** that this case is **DISMISSED without prejudice** for failure to comply with the Court's earlier order and for failure to timely pay the filing fee or move for leave to proceed in forma pauperis. *See* Local Rule 6.04(b) ("In an in forma pauperis action by a person in custody, the judge can order the person to pay the clerk's

and the marshal's fee. Failure to pay can result in dismissal of the action."). The **CLERK** is directed to enter a judgment of dismissal without prejudice and to **CLOSE** this case.

**ORDERED** in Ocala, Florida, on July 31, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge